STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CLAYTON ANDERSON, DEFENDANT-APPELLANT.

Argued May 23, 1967—Decided October 9, 1967.

*Mr. Barry H. Evenchick,* Assistant Prosecutor of Essex
County, argued the cause for respondent (*Mr. Brendan T.
Byrne,* Prosecutor of Essex County, attorney).

*Mr. Nicholas Conover English* argued the cause for ap-
pellant (*Mr. Peter W. Tredick* on the brief).

The opinion of the court was delivered
PER CURIAM. Clayton Anderson was indicted and tried
with five co-defendants in the Essex County Court for first
degree murder. Anderson was found guilty without a rec-
ommendation of life imprisonment and was sentenced to
death. Upon appeal to this Court the judgment of convic-
tion was reversed and the cause remanded for a new trial.
See *State v. Blanchard,* 44 *N. J.* 195 (1965). Anderson
was thereafter tried by himself on said murder indictment
and convicted of murder in the second degree and sentenced
to from 21 to 25 years in the State Prison. From this
judgment of conviction he now appeals.

We have reviewed the testimony of the retrial and considered defendant's grounds and arguments for reversal. We find no basis to reverse the conviction.

Affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—None.